**No. 65686.**—Pan American Food Company, Inc. *v.* United States, protests 304019–K and 304023–K (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65687.**—Gastmeyer Hinsch, Inc. *v.* United States, protest 59/17195 (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained. .

**No. 65688.**—John V. Carr & Son, Inc. *v.* United States, protest 60/7507 (Detroit).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 65689.**—Ansor Corporation and Joseph A. Paredes & Co. *v.* United States, protests 58/8065 and 58/18244 (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C.D. 1864); the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 25, 1961

**No. 65690.**—Lanston Industries, Inc. *v.* United States, protest 60/4845 (Philadelphia).